[No. 24306-1-III. Division Three. December 7, 2006.]

*In the Matter of the Marriage of* ROBERT K. HUNTER, JR., *Respondent,* and MARGARET M. HUNTER, *Appellant.*

Appeal from a judgment of the Superior Court for Douglas County, No. 00-3-00011-2, John Hotchkiss, J., entered June 8, 2005. *Affirmed in part* and *remanded* by unpublished opinion per Kulik, J., concurred in by Schultheis, A.C.J., and Kato, J.

[No. 55341-1-I. Division One. December 11, 2006.]

THE BEDFORD, LLC, *Appellant,* v. SAFECO INSURANCE COMPANY OF AMERICA, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 02-2-16575-3, Terence Lukens, J., entered November 3, 2004. *Affirmed in part* and *remanded* by unpublished opinion per Ellington, J., concurred in by Appelwick, C.J., and Agid, J.

[No. 56071-9-I. Division One. December 11, 2006.]

IAN BROOKS DAVIS GUNSUL, *Appellant,* v. COUNTRYWIDE HOME LOANS, INC., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-36051-0, Jay V. White, J., entered June 3, 2006. *Reversed* and *remanded* by unpublished opinion per Schindler, A.C.J., concurred in by Agid and Becker, JJ.

[No. 56330-1-I. Division One. December 11, 2006.]

WILLIAM GROVER, *Appellant,* v. MARC L. ROUSSO ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-25678-1, Paris K. Kallas, J., entered May 3, 2005. *Affirmed* by unpublished opinion per Schindler, A.C.J., concurred in by Coleman and Cox, JJ.